**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **14-29071** |
| | ) | |
| **JEFF KRIETER,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor(s). | ) | **JUDGE BRUCE W. BLACK** |
| | ) | **(Joliet)** |

**NOTICE OF MOTION**

To:   **By ECF Notice:**
Patrick S Layng, Office of the U.S.T., 219 S Dearborn St., Room 873, Chicago, IL 60604-2027
Ben Schneider, 8424 Skokie Blvd. Suite 200, Skokie, IL 60077
     **By US Mail:**
See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

     I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 21st day of July, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

              _/s/ Peter N. Metrou_
              **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077-2568

Best Buy
Retail Services
PO Box 17298
Baltimore, MD 21297-1298

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Chase- Bp
Po Box 15298
Wilmington, DE 19850-5298

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Jeff Krieter
2216 Snapdragon Road
Naperville, IL 60564-5354

Kathy Krieter
2216 Snapdragon Road
Naperville, IL 60564-5354

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Pnc Bank
Attn: Bankruptcy
2730 Liberty Ave
Pittsburgh, PA 15222-4747

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Wells Fargo
1 Home Campus X2303-01a
Des Moines, IA 50326