UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JEFF KRIETER § Case No. 14-29071
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 17,199.95           Assets Exempt: 7,180.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 16,475.03     Claims Discharged
                                                Without Payment: 85,715.00

Total Expenses of Administration: 9,134.30

3) Total gross receipts of $ 26,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 390.67 (see **Exhibit 2**), yielded net receipts of $ 25,609.33 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 68,820.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,134.30 | 9,134.30 | 9,134.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,895.00 | 16,436.45 | 16,436.45 | 16,475.03 |
| **TOTAL DISBURSEMENTS** | $ 85,715.00 | $ 25,570.75 | $ 25,570.75 | $ 25,609.33 |

    4)  This case was originally filed under chapter 7 on  08/07/2014 .  The case was pending for 26 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/03/2016             By:/s/Peter N. Metrou, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adv - Pref Transfers | 1241-000 | 26,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JEFF KRIETER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 390.67 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 390.67** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 17,820.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank Attn: Bankruptcy 2730 Liberty Ave Pittsburgh, PA 15222 | | 51,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 68,820.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,310.93 | 3,310.93 | 3,310.93 |
| Peter N. Metrou | 2200-000 | NA | 48.66 | 48.66 | 48.66 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 10.90 | 10.90 | 10.90 |
| Associated Bank | 2600-000 | NA | 233.81 | 233.81 | 233.81 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| DAVID LLOYD | 3210-000 | NA | 5,180.00 | 5,180.00 | 5,180.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 9,134.30** | **$ 9,134.30** | **$ 9,134.30** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Retail Services PO Box 17298 Baltimore, MD 21297 | | 800.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 13,778.00 | NA | NA | 0.00 |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | 141.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 64.00 | NA | NA | 0.00 |
| | Wells Fargo 1 Home Campus X2303-01a Des Moines, IA 50326 | | 2,112.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 13,437.17 | 13,437.17 | 13,437.17 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 836.91 | 836.91 | 836.91 |
| 3 | WELLS FARGO BANK NA | 7100-000 | NA | 2,162.37 | 2,162.37 | 2,162.37 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 31.54 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7990-000 | NA | NA | NA | 1.96 |
| | WELLS FARGO BANK NA | 7990-000 | NA | NA | NA | 5.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,895.00 | $ 16,436.45 | $ 16,436.45 | $ 16,475.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-29071 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JEFF KRIETER | | | | Date Filed (f) or Converted (c): | 08/07/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2014 |
| For Period Ending: | 10/03/2016 | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase - Checking | 1,445.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America - Checking | 200.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. As of 08/04/2014... Total Death Benefit: $57,304.6 | 5,984.95 | 0.00 | | 0.00 | FA |
| 6. 2013 Ford Fusion - 22,000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. Laptop Computer (used for work) | 800.00 | 0.00 | | 0.00 | FA |
| 8. Adv - Pref Transfers  (u) | 0.00 | 26,000.00 | | 26,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $24,379.95  $26,000.00  $26,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed Csl to investigate transfers; settlement reached; claims review in process.

RE PROP #    8  --   Settlement reached

Initial Projected Date of Final Report (TFR): 08/01/2020    Current Projected Date of Final Report (TFR): 08/01/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-29071 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JEFF KRIETER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5421 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3763 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/21/15 | 8 | KRIETER, JEFF S. 2216 Sanpdragon RoadNaperville, IL 60564-5354 | Payment on pref/fraud transfer | 1241-000 | $20,000.00 | | $20,000.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $19,990.00 |
| 10/19/15 | 8 | KRIETER, JEFF S. 2216 Snapdragon RoadNaperville, IL 60564-5354 | Payment on pref/fraud transfer | 1241-000 | $1,000.00 | | $20,990.00 |
| 10/27/15 | 5001 | DAVID P LLOYD David P. Lloyd Ltd.615B S. LaGrange Rd.LaGrange, IL 60525-6864 | Atty for TR fees per 10-23-15 o/c | 3210-000 | | $5,180.00 | $15,810.00 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.34 | $15,779.66 |
| 11/20/15 | 8 | KRIETER, JEFF S. 2216 Snapdragon RoadNaperville, IL 60564-5354 | Payment on pref/fraud transfer | 1241-000 | $1,000.00 | | $16,779.66 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.22 | $16,755.44 |
| 12/22/15 | 8 | KRIETER, JEFF S. 2216 Snapdragon RoadNaperville, IL 60564-5354 | Payment on pref/fraud transfer | 1241-000 | $1,000.00 | | $17,755.44 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.39 | $17,730.05 |
| 01/22/16 | 8 | KREITER, JEFF S. 2216 Sanpdragon RdNaperville, IL 60564-5354 | Installment Payment on Settlement | 1241-000 | $1,000.00 | | $18,730.05 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $26.84 | $18,703.21 |
| 02/15/16 | 8 | KRIETER, JEFF S. 2216 Snapdragon RoadNaperville, IL 60564 | Payment by Debtor per settlement | 1241-000 | $1,000.00 | | $19,703.21 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $26.73 | $19,676.48 |
| 03/17/16 | 8 | KRIETER, JEFF S. 2216 Snapdragon RoadNaperville, IL 60564-5354 | Settlement Payment | 1241-000 | $1,000.00 | | $20,676.48 |
| | | | Page Subtotals: | | $26,000.00 | $5,323.52 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-29071  
Case Name: JEFF KRIETER  
Taxpayer ID No: XX-XXX3763  
For Period Ending: 10/03/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5421  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $10.90 | $20,665.58 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.97 | $20,635.61 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $20,605.92 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.63 | $20,575.29 |
| 09/12/16 | 5003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $3,359.59 | $17,215.70 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($3,310.93) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($48.66) | 2200-000 | | | |
| 09/12/16 | 5004 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $16,865.70 |
| 09/12/16 | 5005 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $838.87 | $16,026.83 |
| | | | ($1.96) | 7990-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Final distribution to claim 1 representing a payment of 100.00 % per court order.   ($836.91) | 7100-000 | | | |
| 09/12/16 | 5006 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $13,468.71 | $2,558.12 |

Page Subtotals:  $0.00    $18,118.36

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-29071 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JEFF KRIETER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5421 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3763 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($31.54) | 7990-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($13,437.17) | 7100-000 | | | |
| 09/12/16 | 5007 | WELLS FARGO BANK NA WELLS FARGO CARD SERVICES 1 HOME CAMPUS 3RD FLOOR DES MOINES, IA 50328 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $2,167.45 | $390.67 |
| | | | ($5.08) | 7990-000 | | | |
| | | WELLS FARGO BANK NA | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($2,162.37) | 7100-000 | | | |
| 09/12/16 | 5008 | JEFF KRIETER NAPERVILLE, IL 60564 | Distribution of surplus funds to debtor. | 8200-002 | | $390.67 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $26,000.00 | $26,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,000.00 | $26,000.00 |
| Less: Payments to Debtors | $0.00 | $390.67 |
| Net | $26,000.00 | $25,609.33 |

Page Subtotals: $0.00 $2,558.12

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5421 - Checking Account (Non-Interest Earn | $26,000.00 | $25,609.33 | $0.00 |
| | $26,000.00 | $25,609.33 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,000.00 |
| Total Gross Receipts: | $26,000.00 |

Page Subtotals:   $0.00   $0.00